# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| ADAEL GONZALEZ GARCIA,<br>    Plaintiff, | § § § | |
| v. | § § | Civil Action No.: 4:23-cv-00542 |
| HARRIS COUNTY, TEXAS,<br>    Defendant. | § § § | |

## DEFENDANT HARRIS COUNTY'S FILING OF AFFIDAVIT

TO THE HONORABLE JUDGE OF SAID COURT:

Defendant HARRIS COUNTY hereby files the attached Affidavit of Lieutenant Christopher Garza of the Internal Affairs Division.

Date: December 1, 2023.

Respectfully submitted,

**CHRISTIAN D. MENEFEE**
HARRIS COUNTY ATTORNEY

**JONATHAN G. C. FOMBONNE**
DEPUTY COUNTY ATTORNEY AND FIRST ASSISTANT

**NATALIE G. DELUCA**
MANAGING COUNSEL,
DEFENSIVE LITIGATION, EMPLOYMENT, & REAL ESTATE DIVISIONS

By:  */s/ Suzanne Bradley*
**SUZANNE BRADLEY**
Senior Assistant County Attorney
ATTORNEY-IN-CHARGE
State Bar No. 00793375
Fed. Bar No. 24567

Suzanne.Bradley@harriscountytx.gov
**VERONICA L. JONES**
Assistant County Attorney
ATTORNEY TO BE NOTICED
State Bar No. 24097902
Fed. Bar No. 3639763
Veronica.Jones@harriscountytx.gov

**OFFICE OF THE HARRIS COUNTY ATTORNEY**
1019 Congress
Houston, Texas 77002
Tel: (713) 274-5330 (direct)

**ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

I certify that, on December 1, 2023, pursuant to Federal Rules of Civil Procedure, a true copy of the instrument to which this certificate is attached was filed with the clerk of the court using CM/ECF system, which will send electronic notification for those listed of record who receive electronically filed documents:

Randall Kallinen
Alexander Johnson
Kallinen Law, PLLC
511 Broadway Street
Houston, TX 77012

                                        */s/ Suzanne Bradley*
                                        Suzanne Bradley