

**SHERIFF ED GONZALEZ**

1200 Baker Street, Houston, Texas 77002 ★ (346) 286-1600 ★ www.sheriff.hctx.net

## AFFIDAVIT

STATE OF TEXAS

COUNTY OF HARRIS

Before the undersigned authority personally appeared Lieutenant Christopher Garza, of the Internal Affairs Division, of Houston, Texas. DO SOLEMNLY DECLARE THAT:

1. In response to the request for Internal Affairs reports related to the Adael Gonzalez Garcia, UOF2022-01652. The Internal Affairs Division hereby objects to disclosure for the requested information. This is an open and active criminal investigation and any disclosure would interfere with the detection, investigation, or prosecution of a crime.

2. All statements made are of my own knowledge and are true and that all statements made on information and belief are believed to be true.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this the 23rd day of June, 2023.

_____
Affiant

**SUBSCRIBED AND SWORN TO BEFORE ME,** on this the 23 day of JUNE 2023.

NHUT QUANG NGUYEN
Notary Public-State of Texas
Notary ID #13400671-5
Commission Exp. OCT. 07, 2026

_____
Notary Public, State of Texas