Case 4:23-cv-00542   Document 40   Filed on 03/26/24 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
March 26, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ADAEL GONZALEX GARCIA, § | |
| § | |
| *Plaintiff*, § | |
| § | |
| v. § | CIVIL ACTION NO. 4:23-CV-0542 |
| § | |
| HARRIS COUNTY TEXAS, § | |
| § | |
| *Defendant*. § | |

# FINAL JUDGMENT

In accordance with this Court's Memorandum Opinion and Order entered this day dismissing all of plaintiff's claims in this case with prejudice, it is hereby ORDERED that Plaintiff's claims are DISMISSED WITH PREJUDICE and Plaintiff shall take nothing by way of his claims against Defendant in this case.[1]

This is a Final Judgment.

Signed on March 26, 2024, at Houston, Texas.

Christina A. Bryan
United States Magistrate Judge

---

[1] The parties consented to the jurisdiction of the Magistrate Judge for all purposes, including entry of final judgment.  ECF 17; ECF 38.