THE STATE OF TEXAS
VS.
**EZIHUO OSIMINIBEKE**

SPN: 03239256
DOB: B M 04/21/1988
DATE PREPARED: 4/23/2024

D.A. LOG NUMBER: **3015055**
CJIS TRACKING NO.:
BY: **KC**  DA NO: **24066435**
AGENCY: **DAO**
O/R NO: **NS2308**
ARREST DATE: **TO BE**

NCIC CODE: **1313 02**  M A
MISDEMEANOR CHARGE: **Assault**
CAUSE NO: 1866111
HARRIS COUNTY CRIMINAL COURT AT LAW NO: 180
FIRST SETTING DATE: Tr to CCCL #11 Cause No # 2508148

RELATED CASES: **POOLE; PARKER; MARTIN; ZIESEMER**

COURT ORDERED BAIL: **TO BE SET AT MAGISTRATION**
PRIOR CAUSE NO:
CHARGE SEQ NUM:

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

The duly organized Grand Jury of Harris County, Texas, presents in the County Criminal Court at Law of Harris County, Texas, that in Harris County, Texas, **EZIHUO OSIMINIBEKE,** hereafter styled the Defendant, heretofore on or about **November 25, 2022**, did then and there unlawfully, intentionally and knowingly cause bodily injury to Adael Gonzalez-Garcia, hereinafter called the Complainant, by striking Complainant in the head with his hand.

FILED
Marilyn Burgess
District Clerk
APR 29 2024
Time: 1330
Harris County, Texas
By_____ Deputy

Foreman 180th

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

_William E Dawkins_ (signature)

FOREMAN OF THE GRAND JURY

**INDICTMENT**

RECORDER'S MEMORANDUM
This instrument is of poor quality at the time of imaging.

Official Copy Office of Marilyn Burgess District Clerk