| | |
|---|---|
| THE STATE OF TEXAS<br>VS.<br>**JIMMY POOLE** | D.A. LOG NUMBER: **3015054**<br>CJIS TRACKING NO.:<br>BY: **KC** DA NO: **24066435**<br>AGENCY: **DAO**<br>O/R NO: **NS2308**<br>ARREST DATE: **TO BE** |

SPN: 01513992
DOB: **W M 04/07/1977**
DATE PREPARED: **4/23/2024**

NCIC CODE: **1313 02** MA        RELATED CASES: **OSIMINIBEKE; PARKER; MARTIN;ZIESEMER**
MISDEMEANOR CHARGE: **Assault**
CAUSE NO: 1866112
HARRIS COUNTY CRIMINAL COURT AT LAW NO: 180
FIRST SETTING DATE: Tr to CCCL # 11 Cause No# 2508149

COURT ORDERED BAIL: **TO BE SET AT MAGISTRATION**
PRIOR CAUSE NO:
CHARGE SEQ NUM:

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

The duly organized Grand Jury of Harris County, Texas, presents in the County Criminal Court at Law of Harris County, Texas, that in Harris County, Texas, **JIMMY POOLE,** hereafter styled the Defendant, heretofore on or about **November 25, 2022**, did then and there unlawfully, intentionally and knowingly cause bodily injury to Adael Gonzalez-Garcia, hereinafter called the Complainant, by striking Complainant in the head with his hand.

FILED
Marilyn Burgess
District Clerk
APR 29 2024
Time: 13:30
Harris County, Texas
By_____ Deputy

Foreman    180th

*William E Dawkins*

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

FOREMAN OF THE GRAND JURY

**INDICTMENT**

**RECORDER'S MEMORANDUM**
This instrument is of poor quality
at the time of imaging.