| | |
|---|---|
| THE STATE OF TEXAS<br>VS.<br>**JOHN ZIESEMER** | D.A. LOG NUMBER: **3015059**<br>CJIS TRACKING NO.: |
| SPN: 03239263<br>DOB: **W M 12/01/1967**<br>DATE PREPARED: **4/24/2024** | BY: **KC** DA NO: **24066435**<br>AGENCY: **DAO**<br>O/R NO: **NS2308**<br>ARREST DATE: **TO BE** |

NCIC CODE: **1313 02  MA**       RELATED CASES: **POOLE; OSIMINIBEKE; PARKER; MARTIN**

MISDEMEANOR CHARGE:  **Assault**

CAUSE NO: 186 6115

HARRIS COUNTY CRIMINAL COURT AT LAW NO: 180

FIRST SETTING DATE: Tr to CCCL # 11 Cause No # 2508151

COURT ORDERED BAIL: **TO BE SET AT MAGISTRATION**
PRIOR CAUSE NO:
CHARGE SEQ NUM:

---

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

The duly organized Grand Jury of Harris County, Texas, presents in the County Criminal Court at Law of Harris County, Texas, that in Harris County, Texas, **JOHN ZIESEMER,** hereafter styled the Defendant, heretofore on or about **November 25, 2022**, did then and there unlawfully, intentionally and knowingly cause bodily injury to Adael Gonzalez-Garcia, hereinafter called the Complainant, by throwing the Complainant to the ground.

FILED
Marilyn Burgess
District Clerk
APR 29 2024
Time: 13:30
Harris County, Texas
By: AW
Deputy

Foreman  180th

*[signature: William E Dawkins]*

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

FOREMAN OF THE GRAND JURY

**INDICTMENT**

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging.