# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| ADAEL GONZALEX GARCIA, § | |
| § | |
| *Plaintiff*, § | |
| § | |
| v. § | CIVIL ACTION NO. 4:23-CV-0542 |
| § | |
| HARRIS COUNTY TEXAS, § | |
| § | |
| *Defendant*. § | |

## **ORDER**

Before the Court is Defendant's Opposed Motion for Protective Order filed on December 13, 2024.[1]  ECF 49.  The Court finds expedited consideration is necessary to preserve the status quo pending a response from Plaintiff.  It is therefore

ORDERED that Defendant's Motion for Protective Order (ECF 49) is GRANTED.  The Court will enter a standard Protective Order in the form attached to Defendant's Motion as ECF 49-2.  The Protective Order will prohibit disclosure of material marked as "confidential" by either party, including videos from the jail, pending further ruling from the Court.  It is further

ORDERED that the Court will conduct a video hearing on the record on

---

[1] The parties consented to proceed before the Undersigned Magistrate Judge for all proceedings, including trial and final judgment, pursuant to 28 U.S.C. § 636(c) and Federal Rule of Civil Procedure 73.  ECF 17; ECF 38.

January 7, 2025 at 11:00 a.m. to address Plaintiff's challenge to the confidentiality of the videos and Defendant's request for sanctions.

### Join ZoomGov Meeting
Meeting ID: 161 376 2172
Passcode: 664485

Signed on December 16, 2024, at Houston, Texas.

Christina A. Bryan
United States Magistrate Judge