United States District Court
Southern District of Texas
**ENTERED**
January 06, 2025
Nathan Ochsner, Clerk

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| ADAEL GONZALEZ GARCIA, | )( | Civil Action No. 4:23-cv-542 |
| | )( | (Jury Trial) |
| *Plaintiff,* | )( | |
| | )( | |
| V. | )( | |
| | )( | |
| HARRIS COUNTY, TEXAS, | )( | |
| | )( | |
| *Defendant.* | )( | |

## ORDER

On this day came to be considered UNOPPOSED PLAINTIFF'S MOTION TO RESET HEARING ON DEFENDANT'S MOTION FOR SANCTIONS & PROTECTIVE ORDER (DOC. 49) and the motion is GRANTED.

The hearing is reset to January 15, 2025 at 1:00 PM.

**Join ZoomGov Meeting**
Meeting ID: 161 376 2172
Passcode: 664485

Signed on January 06, 2025, at Houston, Texas.

Christina A. Bryan
United States Magistrate Judge

1