In the United States District Court
for the Southern District of Texas
Houston Division

| | | |
|---|---|---|
| Adael Gonzalez Garcia, | | Civil Action No. |
| | *Plaintiff,* | 4:23-cv-542 |
| | | (Jury Trial) |
| *versus* | | |
| Harris County, Texas, | | |
| | *Defendant.* | |

## Order

After considering Plaintiff Adael Gonzalez Garcia's Motion to Amend [Doc. 58], the Motion is hereby **GRANTED**, and Plaintiff (1) may file the Proposed Amended Complaint [Doc. 58-1] within 7 days of the date of this Order, OR (2) may file an amended complaint containing the information in the Proposed Amended Complaint [Doc. 58-1] along with the IAD material produced by Defendant Harris County within 21 days of a ruling on the Protective Order in a manner compliant with that ruling.

Signed on the ____ day of _____, 2025.

The Honorable Christina A. Bryan,
United States Magistrate Judge