Case 4:23-cv-00542   Document 61   Filed on 01/09/25 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
January 09, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ADAEL GONZALEX GARCIA, | § | |
| *Plaintiff*, | § § § | |
| v. | § § | CIVIL ACTION NO. 4:23-CV-0542 |
| HARRIS COUNTY TEXAS, | § § | |
| *Defendant*. | § § | |

**ORDER**

Before the Court is Defendant's Unopposed Motion to Reset January 15 Hearing for the morning of January 24, 2025.[1] ECF 59. The Court finds good cause to grant the motion but the next available setting is February 10, 2025. It is therefore

ORDERED that Defendant's Motion (ECF 59) is GRANTED and the January 15, 2025 hearing is canceled. It is further

ORDERED that the Court will conduct a video hearing on the record on February 10, 2025 at 10:00 a.m. to address Plaintiff's challenge to the confidentiality of the videos and Defendant's request for sanctions.

**Join ZoomGov Meeting**
Meeting ID: 161 376 2172
Passcode: 664485

Signed on January 09, 2025, at Houston, Texas.

Christina A. Bryan
United States Magistrate Judge

---

[1] The parties consented to proceed before the Undersigned Magistrate Judge for all proceedings, including trial and final judgment, pursuant to 28 U.S.C. § 636(c) and Federal Rule of Civil Procedure 73. ECF 17; ECF 38.