Case 4:23-cv-00542   Document 66   Filed on 02/10/25 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
February 10, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ADAEL GONZALEX GARCIA, § | |
| *Plaintiff*, § | |
| v. § | CIVIL ACTION NO. 4:23-CV-0542 |
| HARRIS COUNTY TEXAS, § | |
| *Defendant*. § | |

## ORDER

The Court conducted a hearing on the record on February 10, 2025 regarding Defendant's motion for a protective order governing the video of the incident at question recorded in the jail and produced by Harris County and for sanctions against counsel for disclosing the video to the press. *See* ECF 49; ECF 50. Having considered the parties' submissions and argument of counsel and for the reasons stated on the record, it is

ORDERED that the jail video at issue is covered by the Protective Order entered by the Court on December 16, 2024 and shall remain CONFIDENTIAL until further ruling of the Court. It is further

ORDERED that Defendant's request for sanctions is DENIED.

Signed on February 10, 2025, at Houston, Texas.

*Christina A. Bryan*
Christina A. Bryan
United States Magistrate Judge