# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS

Adael Gonzalez Garcia

v.  Case Number: 4:23–cv–00542

Harris County Texas

---

## Notice of Setting

**A proceeding has been set in this case as set forth below.**

**BEFORE:**
**Magistrate Judge Christina A Bryan**

**LOCATION:**
by video
Meeting Link:
*https://www.zoomgov.com/j/1613762172?pwd=c2FoMHdHUXlTd2E5RVA2MlducDV0Zz09*
Meeting phone number:
Meeting ID: 161 376 2172
Meeting Password: 664485

United States District Court
515 Rusk Street
Houston, TX 77002

**DATE:** 9/16/2025

**TIME:** 10:00 AM

**TYPE OF PROCEEDING:** Scheduling Conference

---

Date:   September 10, 2025                                        Nathan Ochsner, Clerk